**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7627

STANLEY LORENZO WILLIAMS,

Petitioner - Appellant,

v.

ROBERT W. SMITH, Supt.; SECRETARY OF CORR. THEODIS BECK,

Respondents - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Thomas D. Schroeder,
District Judge.  (1:07-cv-00757-TDS-WWD)

Submitted:  January 29, 2013        Decided:  February 13, 2013

Before KING, GREGORY, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Stanley Lorenzo Williams, Appellant Pro Se.  Mary Carla Hollis,
Assistant Attorney General, Clarence Joe DelForge, III, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Lorenzo Williams appeals the district court's text order denying his Motion for Preparation of the State Court Stenographic Transcript at State Expense and Request for an Expedited Ruling on the Matter Given the Pending Appeal. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, deny Williams' motion to expand the record, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED